# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-31766 |
| Regina Kay Marker | Chapter 13 |
| Debtor(s). | Judge Harry C. Dees, Jr. |

## NOTICE OF APPEARANCE

    Now comes Jon J. Lieberman, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on October 8, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Debra L. Miller
    dmecf@trustee13.com

    Nancy J. Gargula, Office of the U.S. Trustee
    ustpregion10.so.ecf@usdoj.gov

I further certify that on October 8, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Regina Kay Marker, Debtor
    28203 Pennsylvania Avenue
    Elkhart, IN 46516

    David Marker
    1624 S Main ST
    Elkhart, IN 46516

    /s/ Jon J. Lieberman
    Jon J. Lieberman (OH 0058394)
    Attorney for Creditor